STATE of Missouri, Respondent,

v.

Roy Eugene HARRIS, Appellant.

No. WD 66156.

Missouri Court of Appeals,
Western District.

Dec. 5, 2006.

Jeremiah W. (Jay) Nixon, Atty. Gen., Stephanie Morrell, Assistant Attorney General, Jefferson City, MO, for respondent.

Rosemary E. Percival, Assistant Public Defender, Kansas City, MO, for appellant.

Before HOWARD, C.J., and ELLIS and SMITH, JJ.

### Order

PER CURIAM.

Roy Harris appeals the trial court's entry of a sentence and judgment claiming that the State failed to prove him guilty beyond a reasonable doubt of two forgery charges. We find that there is sufficient evidence from which a reasonable juror might have found Harris guilty beyond a reasonable doubt. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The trial court's entry of judgment is affirmed. Rule 30.25(b).